395 A.2d 967

Commonwealth v. Drummond, Appellant.

Argued September 12, 1978. Richard J. Conn, for appellant; Eric B. Henson, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence and order affirmed.